FILED: August 25, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1344
(2:25-cv-00232-AWA-RJK)

---

SARA P. CHIAVEROTTI, Executrix of the Estate of Matthew R. Chiaverotti, deceased; GARLAND L. ALEXANDER; MICHELLE M. GALLINA, Executrix of the Estate of Matthew A. Gallina, deceased; DANIEL M. KELLOGG; JOHN F. PACE; JOSHUA S. XENAKIS; JOSEPH H. ALBERT

Plaintiffs - Appellees

v.

HONEYWELL INTERNATIONAL, INC.; HONEYWELL SAFETY PRODUCTS USA, INC.

Defendants - Appellants

and

3M COMPANY, f/k/a Minnesota Mining & Manufacturing Company; AGC CHEMICALS AMERICAS INC.; ARCHROMA U.S., INC.; ARKEMA INC.; BLUE RIDGE RESCUE SUPPLIERS, INC.; BRADSDEN SOLUTIONS, INC.; CARRIER GLOBAL CORPORATION; DAIKIN AMERICA, INC.; E. I. DU PONT DE NEMOURS AND COMPANY; FIRE SERVICE PLUS, INC.; GLOBE MANUFACTURING COMPANY, LLC; JOHNSON CONTROLS, INC.; KIDDE-FENWAL INC.; LION GROUP, INC.; MSA SAFETY SALES, LLC; MUNICIPAL EMERGENCY SERVICES, INC.; PBI PERFORMANCE PRODUCTS, INC.; STEDFAST USA INC.; TENCATE PROTECTIVE FABRICS USA, d/b/a Southern Mills, Inc.; THE CHEMOURS COMPANY L.L.C.; TYCO FIRE PRODUCTS; W. L. GORE & ASSOCIATES, INC.

Defendants

## O R D E R

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk